UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY JAMES PEARCE, ) <br> ) <br>       Plaintiff(s), ) <br> ) <br>   v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social ) <br> Security Administration, ) <br> ) <br>       Defendant(s). ) <br>                        ) | No. C06-6357 BZ <br><br> **FINAL JUDGMENT** |

The motion to dismiss by defendant Michael J. Astrue having been granted by order dated June 7, 2007, **IT IS ORDERED** and **ADJUDGED** that plaintiff Percy James Pearce take nothing, that the action be dismissed on the merits, and that each party will bear its own costs of action.

Dated: June 15, 2007

                                            Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-BZCASES\PEARCE\FINAL.JUDGMENT.wpd