1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  PERCY JAMES PEARCE,              )
                                     )
12             Plaintiff(s),         )      No. C06-6357 BZ
                                     )
13        v.                         )      **ORDER DENYING PLAINTIFF'S**
                                     )      **REQUEST FOR LEAVE TO FILE**
14  MICHAEL J. ASTRUE,               )      **DOCUMENTS TO CORRECT DEFECTS**
    Commissioner of Social           )      **IN HIS NOTICE OF APPEAL**
15  Security Administration,         )
                                     )
16             Defendant(s).         )
    _____)
17

18        On September 13, 2007 plaintiff filed his notice of

19  appeal of my dismissal of this action and, on the same day,

20  it and the docket sheet for the action were transferred to

21  the U.S. Court of Appeals for the Ninth Circuit.  With the

22  filing of his notice of appeal, this Court is now divested of

23  jurisdiction over the case.  Therefore, plaintiff's September

24  20 request to file additional documents in order to correct

25  "deficiencies" his notice of appeal is **DENIED.**  Plaintiff

26  ///

27  ///

28  ///

                              1

shall direct all such requests to the Court of Appeals.

Dated: September 24, 2007

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PEARCE\ORD.DENY.CORRECT.NOTICE.APPEAL.wpd